UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| WILLIAM ORFANIDES, : | |
| : | Civil Action No. 05-4173 (JAG) |
| Petitioner, : | |
| v. : | **O R D E R** |
| GRACE ROGERS, : | |
| Respondent. : | |

This matter having come before this Court on the motion for the appointment of counsel (Docket Entry No. 5) of petitioner William Orfanides, and this Court having reviewed the submissions of the parties; and for the reasons set forth in this Court's opinion,

IT IS ON THIS  19th  day of   May  , 2006;

ORDERED that Petitioner's Motion for the Appointment of Pro Bono Counsel (Docket Entry No. 5), is hereby DENIED; and it is

FURTHER ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of this Order.

 S/Joseph A. Greenaway, Jr.  
JOSEPH A. GREENAWAY, JR., U.S.D.J.